**NOT FOR PUBLICATION**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

DIANE RESTANI,

        Plaintiff - Appellant,

  v.

UAL CORPORATION; UNITED AIR
LINES, INC.,

        Defendants - Appellees.

No. 09-17547

D.C. No. 3:09-cv-03465-SC

MEMORANDUM[*]

Appeal from the United States District Court
for the Northern District of California
Samuel Conti, District Judge, Presiding

Submitted June 15, 2011[**]

Before:    CANBY, O'SCANNLAIN, and FISHER, Circuit Judges.

    Diane Restani appeals from the district court's summary judgment for UAL

Corporation and United Air Lines, Inc., and denial of her petition to set aside a

decision by the System Board of Adjustment under the Railway Labor Act

---

    [*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

    [**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

("RLA").  We have jurisdiction under 28 U.S.C. 1291.  We review de novo. *Edelman v. W. Airlines, Inc.*, 892 F.2d 839, 842 (9th Cir. 1989).  We affirm.

The district court properly granted summary judgment and denied Restani's petition because Restani failed to show any grounds for vacating the Board's decision.  *See English v. Burlington N. R.R. Co.*, 18 F.3d 741, 743 (9th Cir. 1994) (setting forth narrow grounds for review of adjustment board decisions).

Restani's remaining contentions, including those concerning the applicability of the "de minimis non curat lex" doctrine and the "manifest disregard for the law" analysis,  are unpersuasive.

**AFFIRMED.**